AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2007

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Howard, Marcia M | U.S. District Court-Middle FL | 05/14/2008 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge-Full | ☐ Nomination, Date<br>☐ Initial  ☑ Annual  ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2007<br>to<br>12/31/2007 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| U.S. Courthouse<br>2110 First Street<br>Fort Myers, FL 33901 | Reviewing Officer_____ Date_____ |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Officer/Director | Morales Construction Co., Inc. |
| 2. | Officer/Director | Morgar Realty, Inc. |
| 3. | Director | Morales Investments of Jacksonville, Inc. |
| 4. | Director | MIC Holdings Inc. |
| 5. | Board Member | American Cancer Society - Duval County Unit Advisory Board (non-profit) |
| 6. | Board Member | Wolfson Children's Hospital Women's Board (non-profit) |
| 7. | Member | St. Vincent's Hospital Women's Council (non-profit) |
| 8. | Board Member/Secretary | Northeast Florida Center for Community & Justice (non-profit) |
| 9. | Trustee | Irrevocable Insurance Trust #1 |
| 10. | Board Member/Secretary | OneJax (non-profit) |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2003 | McGuireWoods LLP 401(k) (administered by T. Rowe Price) |
| 2. | | |

RECEIVED 2008 MAY 20 A 9: 45 FINANCIAL DISCLOSURE OFFICE

3.

| Name of Person Reporting | Date of Report |
|---|---|
| Howard, Marcia M | 05/14/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2007 | Interline Brands, Inc. - salary/bonus |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✓] NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Howard, Marcia M | 05/14/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | McGuireWoods LLP | Donation of beverages for reception following Investiture ceremony. | $ 2,571.71 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Howard, Marcia M | 05/14/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Wachovia (bank accts) | D | Interest | O | T | | | | | |
| 2. Wachovia Stock | D | Dividend | M | T | | | | | |
| 3. Compass Bank Stock | C | Dividend | | | Sold | 9/12 | M | | |
| 4. Southside Warehouse, Inc. Stock | C | | K | U | | | | | |
| 5. Paragon Life / Met Life Variable Life Policy | A | Interest | J | T | | | | | |
| 6. Morales Investments of Jax, Inc. | | None | J | U | | | | | |
| 7. MIC Holding | D | | J | U | | | | | |
| 8. T. Rowe Price 401(k) | D | Int./Div. | M | T | | | | | |
| 9. | | | | | See Pt. VIII | | | | |
| 10. TRP RST Balanced | | | | | | | | | |
| 11. TRP Stable Value Fund | | | | | | | | | |
| 12. Bombardier 401(k) | D | Int./Div. | M | T | | | | | |
| 13. DWS Real Estate Securities Fund | | | | | See Pt. VIII | | | | |
| 14. Investment Co. of America Fund/A | | | | | | | | | |
| 15. Washington Mutual Investors Fund/A | | | | | | | | | |
| 16. Growth Fund of America/A | | | | | | | | | |
| 17. Franklin Balance Sheet Investment/Inv.A. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Howard, Marcia M | 05/14/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  Franklin Small Mid Cap Growth Fund/A | | | | | | | | | |
| 19.  Euro Pacific Growth Fund/A | | | | | | | | | |
| 20.  Templeton Developing Markets Trust/A | | | | | | | | | |
| 21.  State Street EAFE International Index F | | | | | | | | | |
| 22.  State Street S&P 500 Index | | | | | | | | | |
| 23.  Wachovia 401(k) | D | Int./Div. | M | T | | | | | |
| 24.  Stable Fund | | | | | | | | | |
| 25.  Southland Life Insurance Policy | A | Interest | J | T | | | | | |
| 26.  Bank of America C.D. | D | Interest | M | T | | | | | |
| 27.  Morgan Professional Center | | None | K | U | | | | | |
| 28.  Banco Bilbao | A | Dividend | L | T | Buy | 9/12 | L | | |
| 29.  Brokerage Account | | | | | | | | | |
| 30.  Money Market Fund | B | Int./Div. | L | T | | | | | |
| 31.  Interline Brands Inc. | | None | L | T | | | | | |
| 32.  Webb Investments Inc. | | None | J | U | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part I - The Irrevocable Trust disclosed on Line 10 is an unfunded trust.

Part III - My non-investment income since January 1, 2006 has been limited to my U.S. government salary.

Part VII, Co. B(2), Lines 4 and 7 - the type of income is partnership income.

Part VII - The provider of the T. Rowe Price 401(k) reallocated the portfolio eliminating the investment in NCNB Real Estate Fund, previously listed on line 9.

Part VII - The provider of this 401(k) reallocated the asset portfolio replacing Franklin Real Estate Securities, previously listed on line 13, with DWS Real Estate Securities Fund.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signat

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544